VOGEL, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Jacob Vogel against the International Railway Company.

PER CURIAM. Judgment reversed, and complaint dismissed, with costs, including costs of this appeal. Held, that the plaintiff was negligent as matter of law, and defendant's motion for a nonsuit should have been granted.

KRUSE, P. J., dissents.

WACHAMAN, Appellant, v. BROOKLYN UNION ELEVATED R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Annie Wachaman against the Brooklyn Union Elevated Railroad Company.

PER CURIAM. Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, on the ground that the damages for the physical injury to plaintiff's eye are inadequate. We think that the issue as made by the pleadings did not entitle plaintiff to recover for any loss of earnings in her business.

WADDLE, Respondent, v. CABANA, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Edna P. Waddle, as administratrix, etc., against Oliver Cabana, Jr.

PER CURIAM. Judgment reversed, and judgment directed for the defendant, dismissing the complaint, with costs, including costs of this appeal. The fifth finding of fact, so far as it states "that the said stock has no known or ascertainable market value," is hereby disapproved. Held, that the plaintiff did not make a case for specific performance or show that she did not have an adequate remedy at law for damages.

WARD, Respondent, v. COUCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1915.) Motion to dismiss appeal for failure to file and serve printed papers on appeal as required by rule 41 of the General Rules of Practice.

PER CURIAM. The case having been settled (Vandenbergh v. Mathews, 52 App. Div. 616, 65 N. Y. Supp. 365), and the papers not having been printed, filed, and served within the time required by rule 41 of the General Rules of Practice, the appellant is in default. Appellant's counsel has evidently failed to notice that, since the repeal of rule 35 and the amendment of rule 41 by striking out the words "and filing," the time limited for filing and serving the printed record on appeal. where a case and exceptions have been settled, commences to run from the date of settlement, and not, as formerly, from the date of the filing of the case signed by the judge or referee who tried the case. The appellant not having excused his default in any way, the motion should be granted, without prejudice, however, to a motion to be relieved from such default. Motion granted, and appeal dismissed, with costs, including $10 costs of this motion, without prejudice to an application by appellant to be relieved from his default.

WARNER, Respondent, v. GEORGE A. OTIS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Francis L. Warner against George A. Otis Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with leave to renew the motion before the justice who tried the case. See, also, 163 App. Div. 933, 147 N. Y. Supp. 1148.

KRUSE, P. J., dissents.

In re WATERS. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) In the matter of the claim of Mary Waters, on behalf of herself and others, for compensation arising out of the death of Roger Waters, and State Workmen's Compensation Commission, respondents, against William J. Taylor Company, employer, and Standard Accident Insurance Company, insurance carrier, appellants.

PER CURIAM. Award affirmed.

SMITH, P. J., and LYON, J., dissent.

WATSON v. CHURCH OF SACRED HEART OF SCHENECTADY. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Sarah A. Watson against the Church of the Sacred Heart of Schenectady. No opinion. Motion granted, with $10 costs, unless the appellant has the printed case printed and served and stipulates that the case be put on the calendar of this term and ready for argument, in which case motion is denied.

WEAR v. KOEHLER. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Frank M. Wear against Theresa Koehler. No opinion. Motion granted. Order filed. See, also, 153 N. Y. Supp. 773.

WEAVER, Respondent, v. TRAVER, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Jennie Weaver against Alvah H. Traver.

PER CURIAM. Judgment and order reversed on the ground of excessive damages, and new trial granted, with costs to appellant to abide the event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to $2,500; in case such stipulation is filed, the judgment is so modified, and as modified judgment and order affirmed, with costs.

SMITH, P. J., and WOODWARD, J., vote absolutely for reversal as against the weight of evidence.

WEBER v. DONNELLY & RICCI, Inc. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Wm. F. Weber against Donnelly & Ricci, Incorporated. No opinion. Motion granted. Settle order on notice.